REX B. STRATTON, WSBA No. 1913
STRATTON LAW & MEDIATION P.S.
18826 Robinwood Road SW
P.O. Box 636
Vashon, Washington 98070
Telephone:  206-408-7368
Facsimile:  206-260-3816
(Pro Hac Vice)

*Attorneys for Plaintiff and Counter-Defendants*
EAKIN ENTERPRISES, INC.
JOHN W. EAKIN

MARK D. MILLER, Ca. Bar No. 116349
MARCUS N. DiBUDUO, Ca. Bar No. 258684
SIERRA IP LAW PC
6780 N. West Avenue, Suite 102
Fresno, CA  93711
Telephone: 559-436-3800
Facsimile: 559-436-4800

*Attorneys for Defendant*
SPECIALTY SALES LLC

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

* * *

| | |
|---|---|
| Eakin Enterprises, Inc., a Washington Corporation<br><br>*Plaintiff,*<br><br>v.<br><br>Specialty Sales, LLC, a California limited liability company<br><br>*Defendant.* | Case No.  1:11-cv-02008-LJO-SKO<br><br>**STIPULATION AND ORDER REGARDING DISCLOSURES AND DISCOVERY RELATED TO UNFAIR COMPETITION CLAIMS** |
| Specialty Sales, LLC, a California limited liability company<br><br>*Counter-Plaintiff,*<br><br>v.<br><br>Eakin Enterprises, Inc., a Washington corporation, and John W. Eakin, an individual<br><br>*Counter-Defendants.* | |

Plaintiff and Counterdefendant Eakin Enterprises, Inc., Counterdefendant John W. Eakin (collectively, "Counterdefendants"), and Defendant and Counterclaimant Specialty Sales, LLC ("Defendant"), through their respective counsel, hereby stipulate as follows:

WHEREAS, the April 11, 2012 Scheduling Order in this case (ECF Docket No. 37) calls for the parties to exchange initial disclosures related to unfair competition by June 25, 2012; and

WHEREAS the Scheduling Order includes a schedule for claims construction culminating in a *Markman* claims construction hearing currently set for November 7, 2012; and

WHEREAS no trial date or general discovery cutoff date has yet been set; and

WHEREAS the parties desire to focus their efforts on the patent-related issues in the case prior to the *Markman* claims construction hearing, and delay disclosures and discovery related to the unfair competition issues in the case until after the *Markman* hearing.

NOW THEREFORE, the parties, through their respective counsel, hereby stipulate and agree as follows:

1.      That the June 25, 2012 deadline for initial disclosures related to the unfair competition claims in this case be continued until thirty (30) days following a ruling by the court on issues presented at the *Markman* claims construction hearing; and

2.      That all discovery related to the unfair competition claims in this case be suspended until thirty (30) days following a ruling by the court on issues presented at the *Markman* claims construction hearing.

Dated:  June 12, 2012                          STRATTON LAW & MEDIATION P.S.

                                               By  */Rex B. Stratton*_____
                                                   Rex B. Stratton
                                                   *Attorneys for Plaintiff/Counter-Defendants*
                                                   Eakin Enterprises, Inc. and John W. Eakin

Dated:  June 13, 2012                          SIERRA IP LAW, PC

                                               By  /s/ Mark D. Miller_____
                                                   Mark D. Miller
                                                   *Attorneys for Defendant/Counter-Plaintiff*
                                                   SPECIALTY SALES LLC

**ORDER**

Based on the Stipulation of Counsel and good cause being demonstrated through the accompanying declaration of plaintiff's counsel,

IT IS HEREBY ORDERED:

1. That the June 25, 2012, deadline for initial disclosures related to the unfair competition claims in this case be continued until thirty (30) days following a ruling by the court on issues presented at the *Markman* claims construction hearing; and

2. That all discovery related to the unfair competition claims in this case be suspended until thirty (30) days following a ruling by the court on issues presented at the *Markman* claims construction hearing.

IT IS SO ORDERED.

Dated:   **June 13, 2012**                          **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER REGARDING DISCLOSURES AND DISCOVERY
RELATED TO UNFAIR COMPETITION CLAIMS