REX B. STRATTON, WSBA No. 1913
STRATTON LAW & MEDIATION P.S.
18826 Robinwood Road SW
P.O. Box 636
Vashon, Washington 98070
Telephone: 206-408-7368
Facsimile: 206-260-3816
(Pro Hac Vice)

*Attorneys for Plaintiff and Counter-Defendants*
EAKIN ENTERPRISES, INC.
JOHN W. EAKIN

MARK D. MILLER, Ca. Bar No. 116349
MARCUS N. DiBUDUO, Ca. Bar No. 258684
SIERRA IP LAW PC
6780 N. West Avenue, Suite 102
Fresno, CA  93711
Telephone: 559-436-3800
Facsimile: 559-436-4800

*Attorneys for Defendant*
SPECIALTY SALES LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| EAKIN ENTERPRISES, INC., a Washington corporation<br><br>*Plaintiff*,<br><br>v.<br><br>SPECIALTY SALES, LLC, a California limited liability company<br><br>*Defendant*. | Case No.  1:11-cv-02008-LJO-SKO<br><br>**STIPULATION AND  ORDER CONTINUING SETTLEMENT CONFERENCE**<br><br>**Conference Date:   July 13, 2012**<br>**Trial Date:              TBD** |
| SPECIALTY SALES, LLC, a California limited liability company<br><br>*Counter-Plaintiff*,<br><br>v.<br><br>EAKIN ENTERPRISES, INC., a Washington corporation, and JOHN W. EAKIN, an individual<br><br>*Counter-Defendants*. | |

Plaintiff and Counterdefendant Eakin Enterprises, Inc., Counterdefendant John W. Eakin (collectively, "Counterdefendants"), and Defendant and Counterclaimant Specialty Sales, LLC ("Defendant"), through their respective counsel, hereby stipulate as follows:

This case is not ready for a settlement conference at this time.

Therefore, the parties, through their respective counsel, stipulate and agree and respectfully request the Court to reschedule the July 13, 2012 Settlement Conference to October 2, 2012 at 10:00 a.m. to be held at the U.S. District Court, 2500 Tulare Street, Fresno, California 93721 before Magistrate Judge Sheila K. Oberto.

Dated:  July 3, 2012               STRATTON LAW & MEDIATION P.S.

                                   By  */Rex B. Stratton*
                                       Rex B. Stratton
                                       *Attorneys for Plaintiff/Counter-Defendants*
                                       Eakin Enterprises, Inc. and John W. Eakin


Dated:  July 3, 2012               SIERRA IP LAW, PC

                                   By  */s/ Mark D. Miller*
                                       Mark D. Miller
                                       *Attorneys for Defendant/Counter-Plaintiff*
                                       SPECIALTY SALES LLC


IT IS SO ORDERED.

   Dated:   **July 11, 2012**                    **/s/ Sheila K. Oberto**
                                         UNITED STATES MAGISTRATE JUDGE