REX B. STRATTON, WSBA No. 1913
STRATTON LAW & MEDIATION P.S.
18826 Robinwood Road SW
P.O. Box 636
Vashon, Washington 98070
Telephone: 206-408-7368
Facsimile: 206-260-3816
(*Pro Hac Vice*)

*Attorneys for Plaintiff and Counter-Defendants*
EAKIN ENTERPRISES, INC.
JOHN W. EAKIN

MARK D. MILLER, Ca. Bar No. 116349
SIERRA IP LAW PC
7030 N. Fruit Ave., Ste. 110
Fresno, CA 93711
Telephone: 559-436-3800
Facsimile: 559-436-4800

*Attorneys for Defendant*
SPECIALTY SALES LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| EAKIN ENTERPRISES, INC., a Washington corporation,<br><br>        Plaintiff,<br><br>  vs.<br><br>SPECIALTY SALES LLC, a California limited liability company,<br><br>        Defendant.<br><br>SPECIALITY SALES LLC, a California limited liability company,<br><br>        Counter-Plaintiff,<br><br>  vs.<br><br>EAKIN ENTERPRISES, INC., a Washington corporation, and JOHN W. EAKIN, an individual,<br><br>        Counter-Defendants. | Case No.: 1:11-CV-02008-LJO-SKO<br><br>**STIPULATION AND ORDER RE: CONTINUING HEARING ON MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS**<br><br>Date: August 8, 2012<br>Time: 9:30 A.M.<br>Ctrm: 7<br><br>Action Filed: Sept. 23, 2011<br>Trial Date: TBD |

**WHEREAS,** on September 23, 2011, Plaintiff Eakin Enterprises, Inc. (hereinafter "Eakin") filed this action alleging infringement of U.S. Pat. No. 7,987,820 (hereinafter the "'820 Patent") against Defendant Specialty Sales, Inc. (hereinafter "Specialty") in the U.S. District Court for the Eastern District of Washington; and, on December 1, 2011, the U.S. District Court for the Eastern district of Washington ordered the present action transferred to the U.S. District Court for the Eastern District of California;

**WHEREAS**, on April 17, 2012, the parties simultaneously exchanged their respective initial disclosures under Fed. Rule Civ. Proc. 26(a);

**WHEREAS**, on April 20, 2012, Specialty propounded its first sets of Requests for Admissions, Interrogatories, and Requests for Production on Eakin;

**WHEREAS**, on May 23, 2012, Eakin provided its responses to Specialty's first set of Requests for Admissions and first set of Requests for Production; and, on May 25, 2012, Eakin provided unverified responses to Specialty's first set of Interrogatories; and, on June 6, 2012, Eakin provided a verification to its responses to Specialty's first set of Interrogatories;

**WHEREAS**, on June 19, 2012, counsel for Specialty sent a letter to counsel for Eakin detailing deficiencies in the discovery responses and requested further supplemental responses;

**WHEREAS**, on June 28, 2012, counsel for Specialty and counsel for Eakin conducted a telephonic conference seeking to resolve the discovery dispute; counsel for Eakin agreed to provide further responses by July 13, 2012; and counsel for Specialty informed Eakin that it would be filing the instant motion to compel in the event that the responses remained deficient;

**WHEREAS**, on June 28, 2012, Specialty filed its Notice of Motion and Motion to Compel Responses to Discovery Requests;

**WHEREAS**, on July 9, 2012, Specialty served several notices of depositions to occur in the States of Washington and Oregon between August 14 – 16, 2012;

**WHEREAS**, on July 27, 2012, counsel for the Specialty and counsel for Eakin conducted an informal telephone conference with the Court to discuss the discovery dispute;

**NOW THEREFORE**, the Parties, through their respective counsel, hereby stipulate and agree as follows:

1. <u>SUPPLEMENTAL RESPONSES</u>.

On or before the close of business on Friday, August 17, 2012, Eakin shall serve:

(a) supplemental responses to Specialty's First Set of Requests for Admissions (hereinafter each an "RFA"), which shall at least include supplemental responses to RFA 4, RFA 5, RFA 8, and RFA 9;

(b) supplemental responses to Specialty's First Set of Requests for Production (hereinafter each an "RFP"), which shall at least include supplemental responses to RFP 4, RFP 5, RFP 6, RFP 8, and RFP 10.  Included in the scope of the production sought is, without limitation, any document or thing arising from or related to the conception, reduction to practice, public disclosures or uses, sales or offers for sales, or loans or leases, of the cattle foot bath falling within the scope of any claim of the '820 Patent; and

(c) supplemental responses, verified by a principal of Eakin, to Specialty's First Set of Interrogatories (hereinafter each an "ROG"), which shall at least include supplemental responses to ROG 7, ROG 8, and ROG 9.

2. <u>DECLARATION OF JOHN EAKIN</u>.

On or before August 17, 2012, John Eakin will provide Specialty with a declaration, signed under oath, that:

a. A diligent search of the records of Eakin Enterprises, Inc., and its predecessors, divisions, subsidiaries, licensors, licensees, assignors, assignees, franchisees, and affiliates, has been performed to identify all documents and things which are or may be responsive to Specialty's First Set of Requests for Production.

b. Eakin has provided Specialty with all documents and things available to it or within its control which are or may be responsive to Specialty's First Set of

Requests for Production, and for any item which Eakin claims to be privileged, otherwise specifically identified such item and produced a privilege log.

   c. Eakin is aware that, as to any item which is subsequently uncovered, the Court may preclude Eakin from using or introducing such item at trial if the use or introduction thereof is prejudicial to Specialty.

3. <u>CONTINUATION OF HEARING</u>.

The Hearing on Specialty's Motion to Compel Responses to Discovery Requests shall be continued until August 29, 2012, at 9:30 A.M. in Courtroom 7, subject to withdrawal by the parties if Eakin's responses supplemental responses and the Declaration of John Eakin called for herein cures the present deficiencies.

4. <u>DEPOSITIONS</u>.

The Depositions (and requests for production and/or inspection, as the case may be) of John Eakin, Eakin Enterprises, Inc., Enviro-tech, LLC, Ballew Law, PC., and Gregory and Janna Te Velde dba Willow Creek Dairy, currently set for August 14-16, 2012, shall be continued until early to mid September, 2012, as agreed upon by the parties and convenient to the deponents.

IT IS SO STIPULATED AND AGREED, THROUGH COUNSEL OF RECORD.

Dated: July 31, 2012   STRATTON LAW & MEDIATION P.S.

           By */s/ Rex B. Stratton*
             Rex B. Stratton
             *Attorneys for Plaintiff/Counter-Defendants*
             Eakin Enterprises, Inc. and John W. Eakin

1 | Dated: July 31, 2012					SIERRA IP LAW, PC

2 |							By  /s/ Mark D. Miller
							Mark D. Miller
3 |							*Attorneys for Defendant/Counter-Plaintiff*
							SPECIALTY SALES LLC

IT IS SO ORDERED.

Dated:   **August 1, 2012**				       **/s/ Sheila K. Oberto**
							UNITED STATES MAGISTRATE JUDGE