CHRIS E. SVENDSEN, WSBA No. 33659
SVENDSEN LEGAL, LLC
P.O. Box 10627
Yakima, Washington 98908
Telephone:  509-949-6707
Facsimile:  509-966-8327
(Pro Hac Vice)

*Attorneys for Plaintiff and Counter-Defendants*
EAKIN ENTERPRISES, INC.
JOHN W. EAKIN

MARK D. MILLER, Ca. Bar No. 116349
MARCUS N. DiBUDUO, Ca. Bar No. 258684
SIERRA IP LAW PC
7030 N. Fruit Avenue, Suite 110
Fresno, CA  93711
Telephone: 559-436-3800
Facsimile: 559-436-4800

*Attorneys for Defendant*
SPECIALTY SALES LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| EAKIN ENTERPRISES, INC., a Washington corporation<br><br>*Plaintiff*,<br><br>v.<br><br>SPECIALTY SALES, LLC, a California limited liability company<br><br>*Defendant*. | Case No.  1:11-cv-02008-LJO-SKO<br><br>**RULE 41 DISMISSAL OF COMPLAINT OF EAKIN ENTERPRISES, INC., AND DISMISSAL OF COUNTERCLAIMS OF SPECIALTY SALES, LLC** |
| SPECIALTY SALES, LLC, a California limited liability company<br><br>*Counter-Plaintiff,*<br><br>v.<br><br>EAKIN ENTERPRISES, INC., a Washington corporation, and JOHN W. EAKIN, an individual<br><br>*Counter-Defendants*. | |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties hereto hereby stipulate as follows:

WHEREAS plaintiff and counter-defendant Eakin Enterprises, Inc., counter-defendant John Eakin (collectively "Eakin") and defendant and counter-claimant Specialty Sales, LLC ("Specialty ") have reached a settlement of disputes including the matters stated in the complaint and counterclaim in this action; and

WHEREAS as a result of such settlement, Eakin and Specialty agree to dismiss the respective claims and counterclaims stated against each other in this action with prejudice; and

The parties hereby stipulate and agree as follows:

1.   All claims in the complaint in this action stated by Eakin Enterprises, Inc. as against Specialty Sales, LLC shall be dismissed with prejudice.

2.   All counterclaims of Specialty Sales, LLC in this action shall be dismissed with prejudice.

3.   The court shall retain jurisdiction to enforce the settlement agreement reached between the parties in this action.

///

///

///

///

///

///

///

4. Each party hereto shall bear its own attorneys fees and costs incurred in the above-captioned action.

Dated: September 27, 2012        SVENDSEN LEGAL, LLC

                                 By */s/ Chris E. Svendsen*
                                    Chris E. Svendsen
                                    *Attorneys for Plaintiff/Counter-Defendants*
                                    Eakin Enterprises, Inc. and John W. Eakin

Dated: September 27, 2012        SIERRA IP LAW, PC

                                 By */s/ Mark D. Miller*
                                    Mark D. Miller
                                    *Attorneys for Defendant/Counter-Plaintiff*
                                    SPECIALTY SALES LLC

**ORDER**

The clerk is directed to close this action.  This Court DISMISSES this action pursuant to the parties' stipulation.

IT IS SO ORDERED.

   Dated:   **September 28, 2012**              **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE